# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**

**LONZO LEZELL GRIFFIN**

Case Number: 2:10CR160-SA-JMV

## ORDER SEALING AUDIO RECORDING OF MAY 4, 2012 HEARING

On May 4, 2012, the court held a hearing in this matter on the motion of counsel for Defendant Lonzo Lezell Griffin for leave to withdraw. Because of the confidential nature of the subject matter of the motion, the court ordered on the record that the entirety of those proceedings be sealed. Accordingly, it is

FURTHER ORDERED that the audio recording of the May 4, 2012, hearing on counsel's Motion to Withdraw as Attorney (# 480) be, and is hereby, SEALED until further order of the court.

This, the 8th day of May, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE